*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided February 1, 2006

## STATE OF CONNECTICUT *v.* OMAR R. ALI

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 427 (AC 26290), is denied.

*Auden Grogins,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided February 1, 2006

## CITIBANK, FSB *v.* ALAN KAUFMAN ET AL.

The petition by the defendants Alan Kaufman and Laurence Kaufman for certification for appeal from the Appellate Court (AC 26797) is denied.

*Ellery E. Plotkin,* in support of the petition.

*Lloyd S. Lowinger,* in opposition.

Decided February 1, 2006

## LAKESHIA GREEN *v.* H.N.S. MANAGEMENT COMPANY, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 751 (AC 25666), is denied.

*Frederick P. Leaf,* in support of the petition.

Decided February 8, 2006